# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ANA M. ROMERO and JOSE A. ROMERO | § § § | |
| v. | § § § | CIVIL ACTION NO. 3:24-CV-1175-S-BW |
| U.S. BANK TRUST NATIONAL ASSOCIATION, In Its Individual Capacity and as Owner Trustee for RCF2 Acquisition Trust | § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 13, 2025.

UNITED STATES DISTRICT JUDGE